UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN MUSSACK,<br><br>  Plaintiff - Appellant,<br><br>V.<br><br>DEPARTMENT OF EDUCATION,<br>STATE OF HAWAII,<br><br>  Defendant - Appellee. | No. 04-15971<br>D.C. No. CV-02-00311-HG/BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>**JUDGMENT**<br><br>JUL 2 4 2006<br><br>at 4 o'clock and 30 min. PM<br>SUE BEITIA, CLERK |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

COSTS TAXED

Filed and entered 06/29/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 21 2006

by:
  Deputy Clerk

Form 10.  Bill of Costs

**FILED**
**JUL 11 2006**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**United States Court of Appeals for the Ninth Circuit**

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1.  A late bill of costs must be accompanied by a motion showing good cause.  Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

__John Mussack__ v. __Department of Education__    CA No. __04-15971__

The Clerk is requested to tax the following costs against: __Plaintiff-Appellant__

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Supplemental Excerpt of Record | 7 | 30 | .10 | $21.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 19 | 35 | .10 | $66.50 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $87.50 | | | TOTAL | $87.50 |

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 21 2006
by:
Deputy Clerk

No. 04-15971

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN MUSSACK,<br><br>    Plaintiff-Appellant,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>    Defendant-Appellee. | Appeal from the Judgment of the United States District Court for the District of Hawaii,<br>D.C. No. 02-CV-311 |

CERTIFICATE OF SERVICE

I certify that on July 5, 2006, a copy of defendant-appellee's bill of costs was mailed, first class postage prepaid to:

    EARLE A. PARTINGTON
    1330 Pacific Tower
    1001 Bishop Street
    Honolulu, Hawaii 96813

    Attorney for Plaintiff-Appellant

DATED: Honolulu, Hawaii, July 5, 2006

_____
DOROTHY SELLERS
Deputy Attorney General

Attorney for Defendant-Appellee
Department of Education,
State of Hawaii