


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

July 21, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 24 2006
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 04-15971 | Mussack v. Dept of Ed, State of | CV-02-00311-HG/BMK |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Craig Westbrooke
Deputy Clerk

Enclosure(s)
cc: All Counsel

INTERNAL USE ONLY: Proceedings include all events.
04-15971 Mussack v. Dept of Ed, State of

| | |
|---|---|
| JOHN MUSSACK<br>    Plaintiff - Appellant | Earle A. Partington, Esq.<br>FAX 808/533-4588<br>808/526-9500<br>Suite 1330<br>[COR LD NTC ret]<br>PARTINGTON & FOLEY<br>Pacific Tower<br>1001 Bishop Street<br>Honolulu, HI 96813 |
| v. | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII<br>    Defendant - Appellee | Deirdre Marie-Iha<br>808/586-1360<br>[COR LD NTC dag]<br>AGHI - OFFICE OF THE HAWAII ATTORNEY GENERAL<br>425 Queen St.<br>Honolulu, HI 96813<br><br>Elton K. Suzuki, Esq.<br>FAX 808-587-2808<br>808-587-2900<br>15th Floor<br>[COR LD NTC dag]<br>James E. Halvorson, Esq.<br>808/587-2900<br>15th Fl.<br>[COR LD dag]<br>Kathryn-Jean Taniguchi, Esq.<br>FAX<br>808/587-2900<br>15th Floor<br>[COR LD dag]<br>AGHI - OFFICE OF THE HAWAII ATTORNEY GENERAL<br>235 S. Beretania St.<br>Honolulu, HI 96813-2406 |